# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: HOGG PROPERTIES, LLC § Case No. 13-04522
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Markian R Slobodian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $925,080.04　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,425,727.58　　　Claims Discharged Without Payment: N/A

Total Expenses of Administration: $190,070.21

---

3) Total gross receipts of $ 1,615,797.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,615,797.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,318,173.71 | $5,861,282.72 | $1,425,727.58 | $1,425,727.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 260,803.81 | 181,148.88 | 181,148.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 33,498.36 | 31,786.36 | 8,921.33 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 78,278.01 | 7,923.53 | 7,923.53 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 157,343.28 | 410,107.57 | 409,603.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,553,795.00 | $6,573,615.99 | $2,056,189.92 | $1,615,797.79 |

4) This case was originally filed under Chapter 11 on September 02, 2013 and it was converted to Chapter 7 on July 24, 2014. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2017     By: /s/Markian R Slobodian
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Turnover of Chapter 11 Escrow Account | 1290-000 | 14,415.96 |
| 1969 York Haven Road, Etters, PA 17319 | 1110-000 | 1,290,000.00 |
| 3525 N. Sixth Street, Harrisburg, PA | 1110-000 | 300,000.00 |
| 2003 Ford Mustang VIN 1FAFP40493F428608 | 1129-000 | 4,250.00 |
| 2004 Chevrolet Pickup | 1229-000 | 6,200.00 |
| Refund of Insurance Premium - Erie Insurance | 1290-000 | 931.83 |
| **TOTAL GROSS RECEIPTS** | | **$1,615,797.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | MEMBERS 1ST FEDERAL CREDIT UNION | 4110-000 | 650,000.00 | 738,176.69 | 0.00 | 0.00 |
| 10 | DAUPHIN COUNTY TAX CLAIM BUREAU | 4110-000 | 82,267.21 | 104,721.02 | 0.00 | 0.00 |
| 15 | Mid Penn Bank | 4110-000 | 1,778,615.46 | 1,730,011.74 | 0.00 | 0.00 |
| 17 | Cumberland County Tax Claims | 4110-000 | 17,050.98 | 30,154.95 | 0.00 | 0.00 |
| 18 | YORK COUNTY TAX CLAIM BUREAU | 4110-000 | 86,660.19 | 91,971.33 | 0.00 | 0.00 |
| 19 | YORK COUNTY TAX CLAIM BUREAU | 4110-000 | N/A | 4,407.78 | 0.00 | 0.00 |
| 28 | INTEGRITY BANK | 4110-000 | 1,703,579.87 | 1,734,098.14 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | INTEGRITY BANK | 4110-000 | N/A | | 0.00 | 0.00 |
| 46 | Susquehanna Township Authority | 4110-000 | N/A | 2,013.49 | 0.00 | 0.00 |
| | Mid Penn Bank | 4110-000 | N/A | 1,075,002.28 | 1,075,002.28 | 1,075,002.28 |
| | York County Tax Claim Bureau | 4700-070 | N/A | 114,261.32 | 114,261.32 | 114,261.32 |
| | GH Harris Associates, Inc. | 4700-000 | N/A | 574.78 | 574.78 | 574.78 |
| | Integrity Bank | 4110-000 | N/A | 94,271.52 | 94,271.52 | 94,271.52 |
| | Dauphin county Tax Claim Bureau | 4700-000 | N/A | 138,339.71 | 138,339.71 | 138,339.71 |
| | Susquehanna Township | 4700-000 | N/A | 3,277.97 | 3,277.97 | 3,277.97 |
| **TOTAL SECURED CLAIMS** | | | | $4,318,173.71 | $5,861,282.72 | $1,425,727.58 | $1,425,727.58 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Markian R Slobodian | 2100-000 | N/A | 71,723.93 | 6,605.50 | 6,605.50 |
| Trustee Expenses - Markian R Slobodian | 2200-000 | N/A | 132.92 | 132.92 | 132.92 |
| Other - Erie Insurance Group | 2420-000 | N/A | 0.00 | 4,135.00 | 4,135.00 |
| U.S. Trustee Quarterly Fees - Office of the U. S. Trustee | 2950-000 | N/A | 2,607.92 | 2,607.92 | 2,607.92 |
| Attorney for Trustee Fees (Trustee Firm) - Law Offices of Markian R. Slobodian | 3110-000 | N/A | 38,671.50 | 20,000.00 | 20,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Law Offices of Markian R. | 3120-000 | N/A | 1,189.03 | 1,189.03 | 1,189.03 |
| Other - Miller Dixon Drake, LLC | 3410-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 33.78 | 33.78 | 33.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.89 | 15.89 | 15.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.94 | 22.94 | 22.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.75 | 22.75 | 22.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.75 | 19.75 | 19.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.84 | 24.84 | 24.84 |
| Other - NAI CIR | 3510-000 | N/A | 77,400.00 | 77,400.00 | 77,400.00 |
| Other - Real Estate Transfer Tax | 2500-000 | N/A | 12,900.00 | 12,900.00 | 12,900.00 |
| Other - Deed Preparation, Tax Lien Certification, Notary Fee | 2500-000 | N/A | 282.00 | 282.00 | 282.00 |
| Other - York County Tax Claim Bureau | 2820-000 | N/A | 298.10 | 298.10 | 298.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.61 | 27.61 | 27.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.23 | 31.23 | 31.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.11 | 34.11 | 34.11 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| Auctioneer for Trustee Fees (including buyers premiums) - US Auctioneers, Inc. | 3610-000 | N/A | 487.50 | 487.50 | 487.50 |
| Other - US Auctioneers, Inc. | 2420-000 | N/A | 28.94 | 28.94 | 28.94 |
| Auctioneer for Trustee Expenses - US Auctioneers, Inc. | 3620-000 | N/A | 274.00 | 274.00 | 274.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.41 | 39.41 | 39.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.31 | 43.31 | 43.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.97 | 46.97 | 46.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.94 | 44.94 | 44.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.31 | 41.31 | 41.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.71 | 63.71 | 63.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.54 | 62.54 | 62.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.45 | 60.45 | 60.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.70 | 68.70 | 68.70 |
| Other - NAI/CIR | 3510-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Kerry Pae Auctioneer | 3610-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Other - Dauphin Co. Treasurer | 2820-000 | N/A | 14,968.58 | 14,968.58 | 14,968.58 |
| Other - PP&L & Penn Waste | 2500-000 | N/A | 5,061.12 | 5,061.12 | 5,061.12 |
| Other - Deed Preparation, Tax Certification, Sewer Settlement Sheet | 2500-000 | N/A | 235.00 | 235.00 | 235.00 |
| Other - Center for Community | 2500-000 | N/A | 519.35 | 519.35 | 519.35 |
| Other - Security Deposits | 2500-000 | N/A | 11,452.50 | 11,452.50 | 11,452.50 |
| Other - S & T Bank | 2420-000 | N/A | 411.56 | 411.56 | 411.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.10 | 60.10 | 60.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.80 | 59.80 | 59.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.54 | 67.54 | 67.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.25 | 59.25 | 59.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.17 | 59.17 | 59.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.25 | 67.25 | 67.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.00 | 59.00 | 59.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.04 | 67.04 | 67.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.38 | 57.38 | 57.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.27 | 55.27 | 55.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.91 | 60.91 | 60.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.01 | 57.01 | 57.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.87 | 60.87 | 60.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.18 | 53.18 | 53.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.81 | 58.81 | 58.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.04 | 53.04 | 53.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $260,803.81 | $181,148.88 | $181,148.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Erie Insurance Exchange | 6990-000 | N/A | 2,947.01 | 1,235.01 | 346.62 |
| Hershocks, Inc. | 6990-000 | N/A | 30,551.35 | 30,551.35 | 8,574.71 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $33,498.36 | $31,786.36 | $8,921.33 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Dept of Labor & Industry-UCTS | 5800-000 | N/A | 299.99 | 299.99 | 0.00 |
| 12P | Pennsylvania Department of Revenue | 5800-000 | N/A | 4,200.54 | 4,200.54 | 0.00 |
| 12S | Pennsylvania Department of Revenue | 5800-000 | N/A | 3,423.00 | 3,423.00 | 0.00 |
| NOTFILED | PA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE | 5200-000 | 6,274.69 | N/A | N/A | 0.00 |
| NOTFILED | SUSQUEHANNA TOWNSHIP AUTHORITY | 5200-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | LEMOYNE BOROUGH SEWER CO FREEDOM SYSTEMS CORP | 5200-000 | 2,051.00 | N/A | N/A | 0.00 |
| NOTFILED | SUSQUEHANNA TOWNSHIP SCHOOL DIST REAL ESTATE TAX DEPT | 5200-000 | 18,355.60 | N/A | N/A | 0.00 |
| NOTFILED | FAITH NICOLA TAX COLLECTOR | 5200-000 | 12,609.15 | N/A | N/A | 0.00 |
| NOTFILED | DAUPHIN COUNTY TREASURER | 5200-000 | 12,666.03 | N/A | N/A | 0.00 |
| NOTFILED | DEBORAH POPP, TAX COLLECTOR | 5200-000 | 25,571.54 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $78,278.01 | $7,923.53 | $7,923.53 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Daimler Trust | 7100-000 | N/A | 9,352.40 | 9,352.40 | 0.00 |
| 3 | PENN WASTE, Inc | 7100-000 | 1,118.03 | 103.60 | 103.60 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PENN WASTE, Inc | 7100-000 | N/A | 6.04 | 6.04 | 0.00 |
| 5 | PENN WASTE, Inc | 7100-000 | N/A | 103.60 | 103.60 | 0.00 |
| 6 | PENN WASTE, Inc | 7100-000 | N/A | 44.26 | 44.26 | 0.00 |
| 7 | PENN WASTE, Inc | 7100-000 | N/A | 153.60 | 153.60 | 0.00 |
| 8 | PENN WASTE, Inc | 7100-000 | N/A | 178.25 | 178.25 | 0.00 |
| 11 -2 | L.P. Realty Group, L.P. | 7100-000 | N/A | 345,000.00 | 345,000.00 | 0.00 |
| 12U | Pennsylvania Department of Revenue | 7100-000 | N/A | 1,182.36 | 1,182.36 | 0.00 |
| 13 | Metropolitan Edison | 7100-000 | N/A | 663.94 | 663.94 | 0.00 |
| 14 | Frontier Communications | 7100-000 | N/A | 720.40 | 720.40 | 0.00 |
| 16 | J C Ehrlich Pest Control | 7100-000 | N/A | 318.00 | 318.00 | 0.00 |
| 20 | RF FAGER | 7100-000 | 500.00 | 2,463.53 | 2,463.53 | 0.00 |
| 21 | PENN WASTE, Inc | 7100-000 | N/A | 57.67 | 57.67 | 0.00 |
| 22 | PENN WASTE, Inc | 7100-000 | N/A | 163.34 | 163.34 | 0.00 |
| 23 | PENN WASTE, Inc | 7100-000 | N/A | 153.60 | 153.60 | 0.00 |
| 24 | PENN WASTE, Inc | 7100-000 | N/A | 117.00 | 117.00 | 0.00 |
| 25 | PENN WASTE, Inc | 7100-000 | N/A | 117.00 | 117.00 | 0.00 |
| 26 | PENN WASTE, Inc | 7100-000 | N/A | 117.00 | 117.00 | 0.00 |
| 27 | PENN WASTE, Inc | 7100-000 | N/A | 178.24 | 178.24 | 0.00 |
| 30 | PENNSYLVANIA AMERICAN WATER | 7100-000 | N/A | 114.26 | 114.26 | 0.00 |
| 31 | PENNSYLVANIA AMERICAN WATER | 7100-000 | N/A | 132.66 | 132.66 | 0.00 |
| 32 | PENNSYLVANIA AMERICAN WATER | 7100-000 | N/A | 181.15 | 181.15 | 0.00 |
| 33 | METED a FirstEnergy Co | 7100-000 | 405.43 | 977.37 | 977.37 | 0.00 |
| 34 | UGI Utilities Inc | 7100-000 | 5,567.80 | 105.96 | 105.96 | 0.00 |
| 35 | UGI Utilities Inc | 7100-000 | N/A | 64.30 | 64.30 | 0.00 |
| 36 | Landmark Commercial Realty, Inc. | 7100-000 | 483.00 | 504.00 | 0.00 | 0.00 |
| 37 | UGI Utilities Inc | 7100-000 | N/A | 175.66 | 175.66 | 0.00 |
| 38 | UGI Utilities Inc | 7100-000 | N/A | 27.20 | 27.20 | 0.00 |
| 39 | UGI Utilities Inc | 7100-000 | N/A | 277.10 | 277.10 | 0.00 |
| 40 | UGI Utilities Inc | 7100-000 | N/A | 414.13 | 414.13 | 0.00 |
| 41 | UGI Utilities Inc | 7100-000 | N/A | 4,582.08 | 4,582.08 | 0.00 |
| 42 | UGI Utilities Inc | 7100-000 | N/A | 9,344.81 | 9,344.81 | 0.00 |
| 43 -3 | Hershocks, Inc. | 7100-000 | 19,749.34 | 19,749.34 | 19,749.34 | 0.00 |
| 44 | TALLEY PETROLEUM | 7100-000 | 15,863.72 | 12,263.72 | 12,263.72 | 0.00 |
| NOTFILED | SUSQUEHANNA TOWNSHIP AUTHORITY | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SUSQUEHANNA TOWNSHIP SCHOOL DIST REAL ESTATE TAX DEPT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FAITH NICOLA TAX COLLECTOR | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LEMOYNE BOROUGH SEWER CO FREEDOM SYSTEMS CORP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BOONS PROPERTY MAINTENANCE | 7100-000 | 1,828.50 | N/A | N/A | 0.00 |
| NOTFILED | UNITED WATER | 7100-000 | 575.88 | N/A | N/A | 0.00 |
| NOTFILED | CAPITAL ONE | 7100-000 | 3,116.97 | N/A | N/A | 0.00 |
| NOTFILED | VERIZON WIRELESS | 7100-000 | 1,030.55 | N/A | N/A | 0.00 |
| NOTFILED | SWARTZ CAMPBELL TWO LIBERTY PLACE | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO | 7100-000 | 21,867.80 | N/A | N/A | 0.00 |
| NOTFILED | WASTE MANAGEMENT | 7100-000 | 210.44 | N/A | N/A | 0.00 |
| NOTFILED | PP&L | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PAWC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FRONTIER COMMUNICATIONS | 7100-000 | 288.83 | N/A | N/A | 0.00 |
| NOTFILED | COMMERCIAL RECOVERY BUREAU INC. REPRESENTING KONHAUS | 7100-000 | 174.90 | N/A | N/A | 0.00 |
| NOTFILED | MAY AND MAY | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | GEORGETTE TINKEY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CARDMEMBER SERVICES | 7100-000 | 16,362.09 | N/A | N/A | 0.00 |
| NOTFILED | NAICIR | 7100-000 | 67,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DAUPHIN COUNTY TREASURER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DEBORAH POPP, TAX COLLECTOR | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $157,343.28 | $410,107.57 | $409,603.57 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-04522  
**Case Name:** HOGG PROPERTIES, LLC

**Period Ending:** 09/28/17

**Trustee:** (580580) Markian R Slobodian  
**Filed (f) or Converted (c):** 07/24/14 (c)  
**§341(a) Meeting Date:** 08/26/14  
**Claims Bar Date:** 11/06/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Turnover of Chapter 11 Escrow Account (u) | 0.00 | 14,415.96 | | 14,415.96 | FA |
| 2 | 119-123 S. Third Street, Lemoyne | 900,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1969 York Haven Road, Etters, PA 17319 | 1,700,000.00 | 5,000.00 | | 1,290,000.00 | FA |
| 4 | 3525 N. Sixth Street, Harrisburg, PA | 1,700,000.00 | 5,000.00 | | 300,000.00 | FA |
| 5 | Rents Due From Properties | 25,080.04 | 0.00 | | 0.00 | FA |
| 6 | 2003 Ford Mustang VIN 1FAFP40493F428608 | 6,000.00 | 3,000.00 | | 4,250.00 | FA |
| 7 | 2004 Chevrolet Pickup (u) | 0.00 | 2,000.00 | | 6,200.00 | FA |
| 8 | Refund of Insurance Premium - Erie Insurance (u) | 0.00 | 931.83 | | 931.83 | FA |
| 9 | Integrity Bank: Checking Account, General | Unknown | 0.00 | | 0.00 | FA |
| 10 | Integrity Bank: Checking Account, Payroll | Unknown | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$4,331,080.04** | **$30,347.79** | | **$1,615,797.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/24/14 - Application for appointment of attorney for Trustee filed.

7/25/14 - Order for disgorgement of unauthorized post-petition payments of attorney's fees by debtor's counsel.

8/1/14 - Order appointing attorney for trustee.

8/4/14 - Disgorgement check received from L. Frank, Esq.

8/19/14 - Application to employ NAI/CIR to market and sell storage unit property filed by Trustee.

8/20/14 - Trustee's answer filed to Motion of Integrity Bank for relief from automatic stay.

8/21/14 - Titles received for two vehicles and a key to the storage units property.

8/26/14 - 341 meeting held and continued to 10/10/14. Trustee will employ management agent to manage storage unit facility and employ realtor to market and sell other real property.

8/27/14 - Order approving appointment of NAI/CIR as realtor for Trustee to sell storage unit property.

9/4/14 - Rent proceeds for property at 3525 N. 6th St., Harrisburg, PA forwarded to Dennis Ginder at Integrity Bank.

9/5/14 - Application to Employ Harrisburg Group as property manager filed by Trustee.

9/8/14 - Motion to operate business and motion for expedited hearing regarding same filed by Trustee.

9/15/14 - Order approving appointment of Harrisburg Group as property manager for Trustee.

9/18/14 - Application to pay Harrisburg Group as property manager for Trustee filed.

9/19/14 - Service made on all creditors and certificate of service filed regarding application to pay Harrisburg Group.

9/25/14 - Revised Order regarding application to pay Harrisburg Group forwarded to Bankruptcy Court.

10/17/14 - Order approving payment of The Harrisburg Group as property manager for the Trustee.

10/20/14 - Completed environmental Questionnaire regarding storage unit property forwarded to Realtor, Dan Alderman.

10/20/14 - Email to T. Burkhardt at the Harrisburg Group forwarding copy of order approving payment.

Printed: 09/28/2017 08:54 AM    V.13.30

Case 1:13-bk-04522-RNO    Doc 308    Filed 10/12/17    Entered 10/12/17 08:11:27    Desc
Main Document    Page 9 of 17

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-04522  **Trustee:** (580580) Markian R Slobodian
**Case Name:** HOGG PROPERTIES, LLC  **Filed (f) or Converted (c):** 07/24/14 (c)
 **§341(a) Meeting Date:** 08/26/14
**Period Ending:** 09/28/17  **Claims Bar Date:** 11/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/23/14 - Application to Employ US Auctioneers as auctioneer filed by Trustee.

10/23/14 - Motion for Sale of vehicles free and clear at public auctioin filed by Trustee.

10/24/14 - Notice of Motion for Sale of vehicles free and clear served on all creditors and certificate of service filed with Bankruptcy Court.

10/27/14 - Motion to extend time to operate business filed by Trustee.

10/27/14 - Trustee's operating report for Sept 2014 regarding storage unit facility filed by Trustee.

10/28/14 - Premium paid to Erie insurance regarding real properties.

10/28/14 - Insurance coverage verified by Erie Insurance regarding vehicles until December 31, 2014.

11/17/14 - Objection deadline regarding motion to sell vehicles at public auction.

11/18/14 - Trustee's operating report for October 2014 regarding storage unit facility filed by Trustee.

11/20/14 - Motion to sell storage unit facility filed by Trustee.

11/20/14 - Order approving sale of vehicles at public auction.

11/24/14 - Notice of sale of storage unit facility served on all creditors.

11/25/14 - 341 meeting concluded.

12/18/14 - Hearing on motion to terminate electrical service. - Continued to 1/29/15.

12/18/14 - Deadline to object to sale of storage unit facility.

12/23/14 - Trustee's operating report for November 2014 regarding storage unit facility filed by Trustee.

12/23/14 - Fee Application of Trustee's property manager, The Harrisburg Group, filedby Trustee.

12/23/14 - Certificate of Service regarding fee application of property manager filed by Trustee.

12/29/14 - Motion to extend time to operate storage unit facility to 3/2/15 filed by Trustee.

12/29/14 - Motion to appoint Kerry Pae as auctioneer to sell N. 6th St. property filed by Trustee.

12/29/14 - Motion to sell at public auction real estate at 3525 N. 6th Street, Harrisburg, PA filed by Trustee.

12/30/14 - Notice of Motion to Sell N. 6th Street served on all creditors and certificate of service filed by Trustee.

12/30/14 - Order setting response & hearing dates regarding sale of N. 6th Street served on respondents and certificate of service filed by Trustee.

12/30/14 - Check received from Tim Hogg in the amount of $2,000.00 for deposit on sale of vehicle plus payment of insurance on vehicle.

12/30/14 - Affidavit of Trustee forwarded to Bank requesting exemption of bank fees on the $2,000.00 for sale of the vehicle pending the auction sale to be held on 2/19/15.

1/5/15 - Letter from Bank stating that bank service fees will be exempt from the $2,000.00 received for the sale of the vehicle pending auction sale until 3/31/15.

1/5/15 - Letter to D. Ginder at Integrity Bank forwarding rent check for N. 6th St. property.

1/6/15 - Order appointing Kerry Pae as auctioneer for Trustee to sell N. 6th St. real estate.

1/13/15 - Trustee's motion to redact Nov 2014 operating report regarding storage unit facility filed by Trustee.

1/13/15 - Trustee's operating report for Dec 2014 regarding storage unit facility filed by Trustee.

1/14/15 - Closing held on sale of storage unit facility in Etters, PA.

1/14/15 - Report of Sale filed regarding storage unit facility in Etters, PA.

1/21/15 - Order allowing fee application of The Harrisburg Group.

1/21/15 - Email to T. Burkhart at The Harrisburg Group forwarding order and OK to pay approved fees.

1/29/15 - Hearing regarding sale of storage unit facility and terminate electrical service and sale of N. 6th Street real estate.

2/19/15 - Auction sale of vehicles by US Auctioneers (rescheduled to 3/21/15).

2/23/15 - Auction sale of real estate on N. 6th St. scheduled for this date (rescheduled to 5/21/15 pursuant to request of Integrity Bank).

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-04522  **Trustee:** (580580) Markian R Slobodian
**Case Name:** HOGG PROPERTIES, LLC  **Filed (f) or Converted (c):** 07/24/14 (c)
  **§341(a) Meeting Date:** 08/26/14
**Period Ending:** 09/28/17  **Claims Bar Date:** 11/06/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

3/9/15 - Final monthly operating report filed by Trustee regarding storage unit facility.
3/21/15 - Auction sale of vehicles by US Auctioneers.
4/7/15 - Refund check sent to HREI, LLC, ATTN: Timothy Hogg, regarding deposit made for 2004 Chevy Pickup truck.
4/13/15 - Sale proceeds received regarding auction sale of vehicles from US Auctioneers, Inc.
4/13/15 - Report of sale filed regarding auction sale of vehicles.
4/20/15 - Email from trustee to H. Van Eck, Esq. requesting accounting of all payments received by Metro Bank within 4 years with regard to its loan to Hopewell Second Street, LP.
5/14/15 - Email from Trustee to W. Gladstone, realtor, forwarding signed Listing and Sales Agreements with handwritten changes.
5/18/15 - Email from W. Gladstone returning initialed listing and sales agreements.
5/21/15 - Auction sale of N. 6th Street property rescheduled to this date per Integrity Bank's request.
5/21/15 - Application to appoint NAI/CIR-Bill Gladstone as realtor filed by Trustee.
5/29/15 - Order approving appointment of NAI/CIR-Bill Gladstone as realtor to sell North 6th Street property.
6/22/15 - Motion for payment of administrative expense claim filed by Erie Insurance Exchange.
6/30/15 - Motion for private sale of property at 3525 N. Sixth Street filed by Trustee.
7/1/15 - Order setting answer and hearing dates served on all parties in interest regarding N. Sixth Street sale and certificate of service filed.
7/1/15 - Notice served on all creditors regarding private sale of N. Sixth Street property; notice and certificate of service filed.
7/16/15 - Objection to Motion for payment of administrative expense claim filed by Erie Insurance Exchange filed by Trustee.
7/25/15 - Objection deadline regarding private sale of N. Sixth Street property.
7/28/15 - Order approving sale of North Sixth Street property.
7/29/15 - Email to D. Ginder, C. Davidson, M. Dornetto, & W. Gladstone (realtor) forwarding sale order.
8/20/15 - Hearing on private sale of N. Sixth Street property and objection to payment of administrative expense claim filed by Erie Insurance Exchange.
8/31/15 - Closing held on sale of 3525 N. Sixth Street real estate.
9/1/15 - Email to Deibler forwarding cancellation requests for insurance on North 6th Street property.
9/15/15 - Email to M. Stiley forwarding final PP&L bill.
1/27/16 - Check forwarded to S&T Bank forwarding refund from Erie Insurance.
1/28/16 - Report of sale filed regarding 3525 N. Sixth Street real estate.
6/2/16 - Letter to G. Dixon (accountant) requesting quote to prepare income tax returns for the bankruptcy estate.
6/22/16 - Email to G. Dixon forwarding draft application to appoint accountant and affidavit for review and signature.
7/5/16 - Application for appointment of accountant for trustee filed.
7/14/16 - Order approving appoingment of accountant.
7/14/16 - Email to accountant forwarding order and requesting commencement of tax return preparation.
7/27/16 - Tax returns forwarded to IRS and PA Dept. of Revenue.
7/27/16 - Fee application of accountant filed by Trustee.
8/12/16 - Letter from IRS stating that the request for prompt determination cannot be processed because the form used to report a tax liability of bankruptcy estate is not consistent with the filing history for this business.
8/20/16 - Objection deadline regarding accountant fee application.
8/26/16 - Order approving fee application of accountant.
8/29/16 - Check forwarded to Miller Dixon Drake, PC for preparation of tax returns.

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-04522  **Trustee:** (580580) Markian R Slobodian
**Case Name:** HOGG PROPERTIES, LLC  **Filed (f) or Converted (c):** 07/24/14 (c)
 **§341(a) Meeting Date:** 08/26/14
**Period Ending:** 09/28/17  **Claims Bar Date:** 11/06/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

1/24/17 - Trustee working on TFR.
3/23/17 - Trustee contacted B. Warshawsky, Esq. regarding priority status of claim of Landmark Realty.
3/29/17 - Landmark Realty withdrew its claim.
5/16/17 - TFR forwarded to US Trustee's office for review.
5/16/17 - Final fee application of Trustee's counsel filed by Trustee.
6/29/17 - Email from S. Dortch at US Trustee's office requesting revisions to TFR.
7/6/17 - Revised TFR forwarded to S. Dortch at US Trustee's office.
7/12/17 - Notice of final report served on all creditors and filed with the Court.
8/2/17 - Objection deadline regarding final report.
8/8/17 - Distribution Order.
8/9/17 - Distributions made to creditors.
9/28/17 - TDR forwarded to US Trustee's office for review.

**Initial Projected Date Of Final Report (TFR):** June 15, 2015  **Current Projected Date Of Final Report (TFR):** May 16, 2017 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-04522 | | Trustee: | Markian R Slobodian (580580) |
|---|---|---|---|---|
| Case Name: | HOGG PROPERTIES, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***4420 | | Blanket Bond: | $7,438,094.00 (per case limit) |
| Period Ending: | 09/28/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/04/14 | {1} | Law Office of Lawrence G. Frank | Turnover of Client Escrow | 1290-000 | 14,415.96 | | 14,415.96 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.89 | 14,400.07 |
| 09/10/14 | {8} | Erie Insurance | Insurance Premium Overpayment, Policy No. 2703346 | 1290-000 | 931.83 | | 15,331.90 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.94 | 15,308.96 |
| 10/28/14 | 101 | Erie Insurance Group | Account No. 2703346 | 2420-000 | | 23.00 | 15,285.96 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.75 | 15,263.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.75 | 15,243.46 |
| 12/30/14 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2014 FOR CASE #13-04522, Bond No. 016026361 | 2300-000 | | 12.57 | 15,230.89 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.84 | 15,206.05 |
| 01/06/15 | 103 | Erie Insurance Group | Account Number: 2703346 | 2420-000 | | 1,126.25 | 14,079.80 |
| 01/14/15 | | Walters & Galloway, PLLC | Sale of Storage Units - Carveout | | 5,000.00 | | 19,079.80 |
| | {3} | Susquehanna Valley Self Storage, LLC | Gross Sale Proceeds        1,290,000.00 | 1110-000 | | | 19,079.80 |
| | | Mid Penn Bank | Payoff of Mortgagee       -1,075,002.28 | 4110-000 | | | 19,079.80 |
| | | NAI CIR | Realtor's Commission         -77,400.00 | 3510-000 | | | 19,079.80 |
| | | Real Estate Transfer Tax | Real Estate Transfer Tax       -12,900.00 | 2500-000 | | | 19,079.80 |
| | | York County Tax Claim Bureau | Real Estate Taxes          -114,261.32 2011-2014 | 4700-070 | | | 19,079.80 |
| | | Deed Preparation, Tax Lien Certification, Notary Fee | Misc. Costs of Sale             -282.00 | 2500-000 | | | 19,079.80 |
| | | GH Harris Associates, Inc. | Fire Hydrant 2011-2014          -574.78 | 4700-000 | | | 19,079.80 |
| | | York County Tax Claim Bureau | County Taxes Jan 2015           -298.10 | 2820-000 | | | 19,079.80 |
| | {3} | | Legal Fees - Deposited        -4,281.52 into Estate Escrow Acct. | 1110-000 | | | 19,079.80 |
| 01/14/15 | {3} | Walters & Galloway, PLLC | Legal Fees relating to Operating Storage Units in Etters, PA | 1110-000 | 4,281.52 | | 23,361.32 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.61 | 23,333.71 |
| 02/19/15 | 104 | Erie Insurance Group | Account Number 2703346 | 2420-000 | | 876.85 | 22,456.86 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.23 | 22,425.63 |
| 03/16/15 | 105 | Erie Insurance Group | Account No. 2703346 | 2420-000 | | 553.87 | 21,871.76 |
| 03/19/15 | | Markian R. Slobodian, Esq. | Bond Premium Refund | 2300-000 | | -7.73 | 21,879.49 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.11 | 21,845.38 |
| 04/07/15 | | From Account #******1367 | 2004 Pickup Lease Funds | 9999-000 | 700.00 | | 22,545.38 |
| 04/13/15 | | US Auctioneers, Inc. | Auction Sale Proceeds - Vehicles | | 8,959.56 | | 31,504.94 |

Subtotals :    $34,288.87    $2,783.93

{} Asset reference(s)    Printed: 09/28/2017 09:54 AM    V.13.30

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-04522  
**Case Name:** HOGG PROPERTIES, LLC  

**Taxpayer ID #:** **-***4420  
**Period Ending:** 09/28/17  

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $7,438,094.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {7} | | Gross Sale Proceeds - Chevy Pickup    5,500.00 | 1229-000 | | | 31,504.94 |
| | {6} | | Gross Sale Proceeds - Ford Mustang    4,250.00 | 1129-000 | | | 31,504.94 |
| | | | Auctioneer Comission & Advertising    -487.50 | 3610-000 | | | 31,504.94 |
| | | | Batterie & Labor    -28.94 | 2420-000 | | | 31,504.94 |
| | | | Towing & Transportation    -274.00 | 3620-000 | | | 31,504.94 |
| 04/13/15 | 106 | Erie Insurance Group | Account Number: 2703346 | 2420-000 | | 271.43 | 31,233.51 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.41 | 31,194.10 |
| 05/18/15 | 107 | Erie Insurance Group | Account No. 2703346 | 2420-000 | | 423.79 | 30,770.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.31 | 30,727.00 |
| 06/16/15 | 108 | Erie Insurance Group | | 2420-000 | | 423.79 | 30,303.21 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.97 | 30,256.24 |
| 07/27/15 | 109 | Erie Insurance Group | Account No. 2703346 | 2420-000 | | 423.79 | 29,832.45 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.94 | 29,787.51 |
| 08/17/15 | 110 | Erie Insurance Group | Account No. 2703346 | 2420-000 | | 423.79 | 29,363.72 |
| 08/31/15 | | Laws, Staruch, & Pisarcik | Sale Proceeds - 3525 N. 6th Street | | 13,874.25 | | 43,237.97 |
| | {4} | Shree Group, LLC | Gross Sale Proceeds    300,000.00 | 1110-000 | | | 43,237.97 |
| | | Integrity Bank | Payment to 1st Mortgagee    -94,271.52 | 4110-000 | | | 43,237.97 |
| | | NAI/CIR | Realtor's Commission    -9,000.00 | 3510-000 | | | 43,237.97 |
| | | Kerry Pae Auctioneer | Auctioneer Fees    -9,000.00 | 3610-000 | | | 43,237.97 |
| | | Dauphin Co. Treasurer | Current RE Taxes    -14,968.58 | 2820-000 | | | 43,237.97 |
| | | Dauphin county Tax Claim Bureau | Past Due Real Estate Taxes    -138,339.71 | 4700-000 | | | 43,237.97 |
| | | PP&L & Penn Waste | Utilities    -5,061.12 | 2500-000 | | | 43,237.97 |
| | | Susquehanna Township | Sewer Lien    -3,277.97 | 4700-000 | | | 43,237.97 |
| | | Deed Preparation, Tax Certification, Sewer Settlement Sheet | Misc. Costs of Sale    -235.00 | 2500-000 | | | 43,237.97 |
| | | Center for Community | Rent Proration    -519.35 | 2500-000 | | | 43,237.97 |
| | | Security Deposits | Security Deposits    -11,452.50 | 2500-000 | | | 43,237.97 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.31 | 43,196.66 |
| 09/15/15 | | Erie Insurance | Refund of Insurance Premium - 3525 N. 6th Street | 2420-000 | | -168.56 | 43,365.22 |
| 09/29/15 | | Erie Insurance | Refund of Insurance Premium - 3525 N. 6th | 2420-000 | | -243.00 | 43,608.22 |

Subtotals :  $13,874.25  $1,770.97

{} Asset reference(s)                                                                                                                                                Printed: 09/28/2017 09:54 AM    V: 13.30

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-04522  
**Case Name:** HOGG PROPERTIES, LLC  
**Taxpayer ID #:** **-***4420  
**Period Ending:** 09/28/17  

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $7,438,094.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Street | | | | |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.71 | 43,544.51 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.54 | 43,481.97 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.45 | 43,421.52 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.70 | 43,352.82 |
| 01/11/16 | 111 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2016 FOR CASE #13-04522, Bond #016026361 | 2300-000 | | 17.48 | 43,335.34 |
| 01/27/16 | 112 | S & T Bank | Refund of Insurance Premium - 3525 N. 6th St. | 2420-000 | | 411.56 | 42,923.78 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.10 | 42,863.68 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.80 | 42,803.88 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.54 | 42,736.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.25 | 42,677.09 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.17 | 42,617.92 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.25 | 42,550.67 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.00 | 42,491.67 |
| 08/29/16 | 113 | Miller Dixon Drake, LLC | Invoice No. G4183 | 3410-000 | | 2,500.00 | 39,991.67 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.04 | 39,924.63 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.38 | 39,867.25 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.27 | 39,811.98 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.91 | 39,751.07 |
| 12/28/16 | 114 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #13-04522, Bond # 016026361 | 2300-000 | | 11.46 | 39,739.61 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.01 | 39,682.60 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.87 | 39,621.73 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.18 | 39,568.55 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.81 | 39,509.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.04 | 39,456.70 |
| 08/09/17 | 115 | Office of the U. S. Trustee | Dividend paid 100.00% on $2,607.92, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 2,607.92 | 36,848.78 |
| 08/09/17 | 116 | Markian R Slobodian | Dividend paid 100.00% $6,605.50, Trustee Compensation; Reference: | 2100-000 | | 6,605.50 | 30,243.28 |
| 08/09/17 | 117 | Markian R Slobodian | Dividend paid 100.00% on $132.92, Trustee Expenses; Reference: | 2200-000 | | 132.92 | 30,110.36 |
| 08/09/17 | 118 | Law Offices of Markian R. Slobodian | Dividend paid 100.00% on $20,000.00, Attorney for Trustee Fees (Trustee Firm); | 3110-000 | | 20,000.00 | 10,110.36 |

Subtotals : $0.00 $33,497.86

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-04522  
**Case Name:** HOGG PROPERTIES, LLC  

**Taxpayer ID #:** **-***4420  
**Period Ending:** 09/28/17

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $7,438,094.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 08/09/17 | 119 | Law Offices of Markian R. Slobodian | Dividend paid 100.00% on $1,189.03, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,189.03 | 8,921.33 |
| 08/09/17 | 120 | Erie Insurance Exchange | Dividend paid 28.06% on $1,235.01, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 346.62 | 8,574.71 |
| 08/09/17 | 121 | Hershocks, Inc. | Dividend paid 28.06% on $30,551.35, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 8,574.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,163.12 | 48,163.12 | $0.00 |
| | | | Less: Bank Transfers | | 700.00 | 0.00 | |
| | | | **Subtotal** | | 47,463.12 | 48,163.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$47,463.12** | **$48,163.12** | |

{} Asset reference(s) Case 1:13-bk-04522-RNO Doc 308 Filed 10/12/17 Entered 10/12/17 08:11:27 Desc Main Document Page 16 of 17

Printed: 09/28/2017 09:54 AM V.13.30

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 13-04522 | | **Trustee:** | Markian R Slobodian (580580) |
|---|---|---|---|---|
| **Case Name:** | HOGG PROPERTIES, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1367 - Checking Account |
| **Taxpayer ID #:** | **-***4420 | | **Blanket Bond:** | $7,438,094.00 (per case limit) |
| **Period Ending:** | 09/28/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/14 | {7} | HREI, LLC | Down Payment on Pickup Truck Pending Sale | 1229-000 | 2,000.00 | | 2,000.00 |
| 04/07/15 | | To Account #******1366 | 2004 Pickup Lease Funds | 9999-000 | | 700.00 | 1,300.00 |
| 04/07/15 | 101 {7} | HREI, LLC | Refund of Deposit for 2004 Pickup Truck | 1229-000 | -1,300.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 700.00 | 700.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 700.00 | |
| | | | **Subtotal** | | 700.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$700.00** | **$0.00** | |

|  |  |
|---|---|
| Net Receipts : | 48,163.12 |
| Plus Gross Adjustments : | 1,567,634.67 |
| Net Estate : | $1,615,797.79 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1366** | 47,463.12 | 48,163.12 | 0.00 |
| **Checking # ******1367** | 700.00 | 0.00 | 0.00 |
| | **$48,163.12** | **$48,163.12** | **$0.00** |